UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERT G. WEAVER and**
**NANCY K. WEAVER, d/b/a**
**HIGHLAND PARK HILLS,**

    **Plaintiffs,**

v.                                                           **Case No. 8:05-cv-1913-T-27TBM**

**LEXINGTON INSURANCE COMPANY**
**and ESSEX INSURANCE COMPANY,**

    **Defendants.**
_____/

**O R D E R**

THIS MATTER is before the court on **Defendant Essex's Motion to Compel** (Doc. 82). By its motion, Essex seeks an Order compelling nonparty F. L. Fulghum Design Builders, Inc., (hereinafter "Fulghum") to provide full responses to the Subpoena Duces Tecum served upon it by Essex on August 23, 2006, and to do so within five days.[1] Essex represents that Fulghum has not provided documents or written responses of any kind, including objections to the subpoena.[2] Fulghum has not filed a response to the motion or sought protection from the subpoena.

---

[1] Essex's certificate of service reflects that Fulghum's counsel was mailed a copy of the motion via regular U.S. mail on September 26, 2006. (Doc. 82 at 5).

[2] Essex's counsel represents that Brett G. Wadsworth, Esq., counsel for Fulghum, told him that "he did not see how the requested documents were relevant to the case and did not believe that Fulghum had an obligation to *look* for responsive documents."

Upon consideration and given the fact that it appears Fulghum did not serve on Essex written objections to the Subpoena Duces Tecum, pursuant to Fed. R. Civ. P. 45(c)(2)B), Essex's motion (Doc. 82) is **GRANTED** in part.  Within ten (10) days from the receipt date of this Order, Fulghum shall provide complete responses to the Subpoena Duces Tecum referenced herein to the extent that the documents or records sought relate to repair work at any of the properties at issue in this litigation.  In all other aspects, the motion is denied.

**Done and Ordered** in Tampa, Florida, this 17th day of October 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Counsel for Fulghum, Brett G. Wadsworth, Esq., P.O. Box 270118, Tampa, FL 33688