UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:05-cv-01913-JDW-TBM

ROBERT G. WEAVER and NANCY K. WEAVER,
d/b/a HIGHLAND PARK HILLS,

    Plaintiffs,

vs.

LEXINGTON INSURANCE COMPANY;
and ESSEX INSURANCE COMPANY,

    Defendants.
_____/

## AGREED PROTECTIVE ORDER REGARDING UNDERWRITING MANUAL

This matter, having come before the court pursuant to the request of Essex Insurance Company, it is hereby:

ORDERED AND ADJUDGED as follows:

1. Documents produced by Essex Insurance Company from the underwriting manual shall be confidential and are not to be disclosed except:

    (i) by court order,
    (ii) in connection with this litigation,
    (iii) by agreement, in writing, among the Parties to this litigation,
    (iv) to the Parties, their counsel, expert witnesses in this litigation, and consultants in this litigation, OR
    (v) as otherwise required by law.

2. If a Party files any portion of the underwriting manual or confidential information contained therein, it shall do so with a motion entitled "Motion to Seal Pursuant to Protective Order Regarding Records of C.S. Edwards Realty, Inc."

3. The motion shall identify each item submitted for sealing and state that the items submitted for sealing are within the scope of this order.

4. Within sixty (60) days of the conclusion of this litigation, the Parties will destroy or return to counsel for Essex Insurance Company all documents obtained from Essex Insurance Company pursuant this Order.

DONE and ORDERED at Tampa, Florida, this 30 day of January, 2007.

U.S. Magistrate Judge

Copies to:
Counsel of record